IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10105
Conference Calendar
_____

RONNIE TIMMONS,

Plaintiff-Appellant,

versus

COUNTY OF DALLAS, AND
JIM BOWLES,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CV-1822-H
- - - - - - - - - -
(March 23, 1995)

Before GARWOOD, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

A district court may dismiss an in forma pauperis complaint if it is frivolous, that is, if it lacks an arguable basis either in law or in fact. Denton v. Hernandez, 112 S. Ct. 1728, 1733-34 (1992). A 28 U.S.C. § 1915(d) dismissal is reviewed for abuse of discretion. Id. at 1734.

Although this court liberally construes the writings of pro se appellants, arguments must be briefed to be preserved. Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993) (citations

_____

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

omitted).  Timmons does not in any way brief any issue on this appeal.  Timmons' appeal does not demonstrate that the district court abused its discretion in dismissing his complaint as frivolous.  The appeal is DISMISSED as frivolous.  See Fifth Cir. R. 42.2.